UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MEJIA,<br><br>        Plaintiff,<br><br>  - against -<br><br>MORINAGA NUTRITIONAL FOODS, INC.,<br><br>        Defendants. | **ORDER OF DISMISSAL**<br><br>22 Civ. 2824 (PGG) (JLC) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
    June 29, 2022

                     SO ORDERED.

                     *[signature]*

                     Paul G. Gardephe
                     United States District Judge