UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSE MEJIA, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

MORINAGA NUTRITIONAL FOODS, INC.,

                      Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-02824-PGG-JLC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Morinaga Nutritional Foods, Inc.

DATED:  July 14, 2022        **MIZRAHI KROUB LLP**

                                            /s/ Edward Y. Kroub
                                         EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*